

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00194-CV

Eusebio **VEJIL,**
Appellant

v.

Rosita **VEJIL,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20186
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On November 21, 2013, appellant filed a motion for rehearing, requesting the panel to reconsider its opinion and judgment of November 6, 2013. The court hereby requests a response to the motion from the appellee. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than two weeks from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court